UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Daphne Smith,<br><br>    Plaintiff,<br>v.<br><br>GC Services, L.P.; and DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.: 4:14-cv-01817-MWB |

### ORDER ON PLAINTIFF'S SECOND MOTION TO EXTEND THE DEADLINE TO REINSTATE CASE

Having reviewed Plaintiff's Second Motion to Extend the Deadline to Reinstate Case and for good cause shown, it is hereby ORDERED:

1. The deadline to reinstate case is hereby extended to March 24, 2015.

DATED: February 24, 2015

s/Matthew W. Brann
_____
Hon. Matthew W. Brann